ANDRE BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 156679
    United States Attorney's Office
    U.S. Courthouse, Suite 1400
    312 N. Spring St.
    Los Angeles, CA 90012
    Telephone: (213)894-2589
    Facsimile: (213)894-7177
    E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SA CV 09-01379-DOC (ANx) |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| $999,790.00 IN U.S. CURRENCY, | |
| Defendant. | |

    In this action, plaintiff United States of America (the "government") alleges that the defendant $999,790.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) on the ground that it constitutes

1

proceeds traceable to one or more exchanges for a controlled substance or listed chemical in violation of 21 U.S.C. § 841 *et seq*. Claimant George Rivas ("claimant") disputes the government's allegations.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint states claims for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than claimant, and the time to file a claim and an answer has expired. The Court deems that all potential claimants other than claimant George Rivas admit the allegations of the Complaint to be true, and hereby enters default against all such potential claimants.

4. $979,790 of the defendant currency and any interest accrued thereon shall be forfeited to the United States of America, which shall disposed of the same according to law.

5. The remaining $20,000 and any interest accrued thereon shall be returned to claimant within 6 weeks of the entry of this Consent Judgment.

     6.   Claimant hereby releases the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug Enforcement Administration, and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimant, arising out of or related to this action, or the seizure or possession of the defendant currency.  Claimant represents and agrees that he has not assigned and is the rightful owner of such claims, causes of action and rights.

     7.   Claimant also agrees to hold harmless and indemnify the United States, the United States Attorney's Office and the Drug Enforcement Administration and their employees from all claims by any third parties to the $20,000 and any interest accrued thereon being returned to claimant.

     8.   The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

1    9.  The parties shall each bear their own attorney's fees and
2 other costs and expenses of litigation.

DATED: May 7, 2010          _____/s/ David O. Carter_____
                                  Hon. DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE

                           CONSENT

    The parties consent to judgment and waive any right of appeal.

DATED:_____, 2010    ANDRÉ BIROTTE JR.
                              United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division

                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                              __/s/_____
                              PIO S. KIM
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America


DATED:_____, 2010    __/s/_____
                              PAUL GABBERT
                              Attorney for Claimant
                              George Rivas

4